**19 CR 697**

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
| --- | --- | --- |
| | | 3:17cr119HTW-LRA-001 |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |
| | | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
| --- | --- | --- |
| Carlos Enrique Hernandez-Rodriguez<br>Katy, Texas | SD/MS | Northern |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Henry T. Wingate | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 11/05/2018 — TO 11/04/2021 |

**OFFENSE**

18 U.S.C. § 1029(a)(3) - Possession of 15 or More Counterfeit or Unauthorized Access Devices

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE __Southern__ DISTRICT OF __Mississippi__

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or or supervised releasee named above be transferred with the records of this Court to the United States District Court for the __Southern District of Texas__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_11 Sept 2019_ — Date

_Henry T. Wingate_ — United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE __Southern__ DISTRICT OF __Texas__

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_18 September 2019_ — Effective Date

_[signature]_ — United States District Judge